## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**VS.**                                   **NO. 4:19-CR-00154-1-BRW-JTK**

**ISAIAH EDWARDS**                                          **DEFENDANT**

## MOTION FOR CONTINUANCE

Comes now Defendant, Isaiah Edwards, by and through his attorney, Arkie Byrd, MAYS, BYRD & ASSOCIATES, P.A., and for his Motion for Continuance, states as follows:

1.    Jury trial of this matter is currently scheduled for Tuesday, December 17, 2019, before this Court.

2.    Defendant's counsel has not had an opportunity to adequately prepare for trial.

3.    Assistant U.S. Attorney Kristin H. Bryant has no objections to a continuance.

4.    Any additional time granted by this Court would be excluded by the Speedy Trial provision.

WHEREFORE, the Defendant, Isaiah Edwards respectfully prays that this Court grant him Motion for Continuance and for all other just and appropriate relief.

Respectfully submitted,

ARKIE BYRD #80020
MAYS, BYRD & ASSOCIATES, P.A.
212 Center St., 7th Floor
Little Rock, AR 72201
(501) 372-6303
abyrd@maysbyrdlaw.com